UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER RADEL, an individual<br>Plaintiff(s)<br><br>v.<br><br>MICHAEL CARTY, in his individual capacity, OFFICER MERCADO, in his individual capacity, OFFICER CANION, in his individual capacity, OFFICER SWAIN, in his individual capacity, ADMINISTRATOR KEISHA FISHER, in her individual capacity, ALEXANDER J. BUTLER, an individual, JOHN DOES 1-10 (fictitious names) in their capacities, and ABC ENTITIES 1-10 (fictitious entities) j/s/a<br><br>Defendant(s) | **CIVIL ACTION NO.: 1:22-cv-04697-CPO-MJS**<br><br>**PLAINTIFF'S RESPONSE TO STATEMENT OF MATERIAL FACTS NOT IN DISPUTE PURSUANT TO FED R. CIV. P. 56.1 AND L. CIV. R. 56.1** |

Pursuant to *Fed. R. Civ. P.* 56 and *L. Civ. R.* 56.1, Plaintiff hereby submits the following Response to Defendants' Statement of Material Facts *allegedly* not in dispute accompanying his Response in Opposition to the Motion for Summary Judgment.

**NOTE:**

**PLAINTIFF'S ANSWERS ARE BOLDED, INDENTED, AND ITALICIZED.**

**Background Information**

1.  On July 23, 2020, Plaintiff was an inmate housed in South Woods State Prison. See Plaintiff's Fourth Amended Complaint, attached hereto as Exhibit "A," paragraph 9.

    • ***Admitted.***

2.  On July 23, 2020, Plaintiff was housed with inmate Alexander Butler within South Woods State Prison. See Exhibit "A," paragraph 10.

    • ***Admitted. However, Plaintiff had twice requested before Butler's vicious***

*attack that he be removed from the same cell as Butler because he feared Butler's psychiatric conditions and violent tendencies. Both requests were refused. On June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating." He concluded, "please move me asap." No one responded to this request for ASAP action for almost one month. On July 20, 2020, Lt. Carty, who responded a month later, denied the request. (Exhibit A: Kiosk Email) Carty agreed that ASAP means as soon as possible. However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request. He simply presumed there was no continuing problem because the issue had not been raised again. In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel. (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him, out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular. * * * [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole*

George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism. And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ." (Exhibit C – Radel Deposition at 36-40) The second request to be removed from his cell because of fearing Mr. Butler occurred shortly before the vicious attack. At lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo. Plaintiff explained: "So I went up to him, and I said, My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me. He hit me in my chest, and I need help. I can't go back in that room." Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler: "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared. * * * Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at 57, 187) Officer Mecardo simply ordered him back to his cell even

*though Butler was already in the cell.  (Radel Dep. at 187)*

3. Upon arrival at South Woods State Prison, Plaintiff was provided with a copy of the South Woods State Prison Inmate Handbook and copies are available in the law library in each prison.

  - **Admitted.**

4. Plaintiff was incarcerated and housed with codefendant Butler between April 4, 2020 and July 23, 2020. See Exhibit "A," paragraph 10 and Exhibit "C."

  - ***Admitted.  However, Plaintiff had been attempting to be moved to another cell, for his own safety, since June 25, 2020.  (Exhibit A:  Kiosk Email)***

5. All four Moving Defendants worked at South Woods State Prison at the time of the July 23, 2020 incident.

  - *Admitted.*

6. Moving Defendant Carty's sole interaction with Plaintiff related to the subject incident was reviewing and replying to J-Pay correspondence on July 20, 2020. See the J-Pay correspondence, attached hereto as Exhibit "B."

  - *Admitted.*

**Plaintiff's Interactions with Codefendant Butler prior to July 23, 2020 Incident**

7. Plaintiff requested a cell change via J-Pay correspondence on June 25, 2020.  See Exhibit "B."

  - ***Admitted.  By way of further answers***, *on June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating."  He concluded, "please move me asap."  No one responded to this request for ASAP action for almost one month.  On July 20, 2020, Lt. Carty, who responded a*

*month later, denied the request.  (Exhibit A:  Kiosk Email)  Carty agreed that*

*ASAP means as soon as possible.  However, Carty testified that he neither*

*personally investigated Plaintiff's request nor delegated to anyone the duty to*

*do so before rejecting Plaintiff's request.  He simply presumed there was no*

*continuing problem because the issue had not been raised again.  In fact, Lt.*

*Carty never brought Plaintiff's fear of Butler to any prison officials or*

*personnel.  (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to*

*investigate the reason that Plaintiff feared Butler, he would have learned, "He*

*was very paranoid. You know, a lot of talk of unnamed people, you know,*

*plotting against him,  out to get him. * * * [H]e would just say like, you know,*

*random remarks, like, I'm going to F him up, stuff like that. And it was usually*

*-- sometimes it was directed at certain people on the unit, sometimes at nobody*

*in particular.  * * *  [H]e was agitated, and he was like getting in my face and,*

*you know, getting loud and being like very aggressive. And both times I was*

*able to calm him. and, you know, I tried to reason with him. * * * There actually*

*was one time where . . . he was watching something on the news. This was*

*actually like during the whole George Floyd thing, and there was a lot of stuff*

*on the news about that. And he was like watching something, a news story, that*

*was talking about like racism.  And he jumped out of his bunk, and he said,*

*Are you a racist, bunkie? And he came at me, stood over me like he was going*

*to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ."*

*(Exhibit C – Radel Deposition at   36-40)*

8. When requesting the cell change, Plaintiff utilized the inmate communication system to
submit an inquiry form rather than completing a grievance form. See Exhibit "B."

   • *Admitted*.

9. In the J-Pay, Plaintiff stated "I need to get moved out of the cell I'm currently in. My

bunky seems to have some untreated mental issues. I been in there with him more than 2 months and everything was fine until recently- he's accused me of tampering/poisoning his food several times in the past few weeks. Her's very paranoid…I have no fights or problems on my jacket and want to avoid any problem and this whole situation with him seems to be escalating. There's several open bunks in this unit- please move me asap…" See Exhibit "B."

- **Admitted**. *By way of further answers, on June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating." He concluded, "please move me asap." No one responded to this request for ASAP action for almost one month. On July 20, 2020, Lt. Carty, who responded a month later, denied the request. (Exhibit A: Kiosk Email) Carty agreed that ASAP means as soon as possible. However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request. He simply presumed there was no continuing problem because the issue had not been raised again. In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel. (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him, out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular. * * * [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was*

*able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism.  And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ."*
*(Exhibit C – Radel Deposition at   36-40)*

10. There is no record of Codefendant Butler ever threatening the Plaintiff.

- *Denied as stated.  Plaintiff does not know whether or not there is a record of Butler threatening the Plaintiff.  However, had Lt. Carty investigated Plaintiff's request rather than ignoring it, he would have learned about and reported the threats.  By way of further answers, on June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating."  He concluded, "please move me asap."  No one responded to this request for ASAP action for almost one month.  On July 20, 2020, Lt. Carty, who responded a month later, denied the request.  (Exhibit A:  Kiosk Email) Carty agreed that ASAP means as soon as possible.  However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request.  He simply presumed there was no continuing problem because the issue had not been raised again.  In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel.  (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to*

*investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him,  out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular.  * * *  [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism.  And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ."*
*(Exhibit C – Radel Deposition at   36-40)*

11. Codefendant Butler had only been disciplined twice while incarcerated prior to the subject altercation: in 2019 for being intoxicated and on another occasion in 2019 for destroying/altering government property.  See Alexander Butler's Progress Notes (redacted), attached hereto as Exhibit "C."

- *Admitted but irrelevant.  Both Lt. Carty and Officer Mercardo knew or should have known, of Butler's threats to Plaintiff and Butler's assaulting Plaintiff prior to lunch on the day of the vicious attack.  Plaintiff had twice requested before Butler's vicious attack that he be removed from the same cell as Butler because he feared Butler's psychiatric conditions and violent*

*tendencies.  Both requests were refused.  On June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating."  He concluded, "please move me asap."  No one responded to this request for ASAP action for almost one month. vThe second request to be removed from his cell because of fearing Mr. Butler occurred shortly before the vicious attack.  At lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo.  Plaintiff explained:  "So I went up to him, and I said,  My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me.  He hit me in my chest, and I need help. I can't go back in that room."  Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler:  "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded  business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared.  * * * Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help."  (Radel Dep. at 57, 187)  Officer Mecardo simply ordered him back to his*

*cell even though Butler was already in the cell.  (Radel Dep. at 187)*

**Plaintiff's Request to Change Cells**

12. Plaintiff did not express any urgency in the request, and simply made a request for a cell change due to open bunks. See Exhibit "B."

   • *Denied. On the contrary, Plaintiff's Kiosk request specifically stated: "please move me asap."  (Exhibit A: Kisosk Email)*

13. Notably, this correspondence and request came at the height of the COVID-19 pandemic in June 2020. See Exhibit "B."

   • *Admitted.*

14. Defendant Carty responded to Plaintiff via J-Pay on July 20, 2020. See Exhibit "B."

   *Admitted.*

15. The response stated that "At this time, SWSP does not allow or honor inmate housing requests. All housing assignments are based on the needs of the institution." See Exhibit "B."

   *Admitted.  By way of further answer, on July 20, 2020, Lt. Carty, who responded a month later, denied the request.  (Exhibit A:  Kiosk Email)  Carty agreed that ASAP means as soon as possible.  However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request.  He simply presumed there was no continuing problem because the issue had not been raised again.  In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel. (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against*

*him, out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular. * * * [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism. And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ."  (Exhibit C – Radel Deposition at  36-40)*

16. Plaintiff did not appeal this decision.

> *Admitted.*

17. Moving Defendants had no objective reason to believe that Plaintiff and Codefendant Butler would be involved in a physical altercation.

> • *Denied.  Plaintiff had twice requested before Butler's vicious attack that he be removed from the same cell as Butler because he feared Butler's psychiatric conditions and violent tendencies.  Both requests were refused.  On June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating."  He concluded, "please move me asap."  No one responded to this request for ASAP action for almost one month.  On July 20, 2020, Lt. Carty, who*

responded a month later, denied the request.  (Exhibit A:  Kiosk Email) Carty agreed that ASAP means as soon as possible.  However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request. He simply presumed there was no continuing problem because the issue had not been raised again.  In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel.  (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him,  out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular.  * * *  [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism.  And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ." (Exhibit C – Radel Deposition at   36-40)  The second request to be removed from his cell because of fearing Mr. Butler occurred shortly before the vicious attack.  At lunch, and before having to go back into

*his cell with Butler, Plaintiff spoke with Officer Mercardo. Plaintiff explained: "So I went up to him, and I said, My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me. He hit me in my chest, and I need help. I can't go back in that room." Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler: "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared. * * * Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at 57, 187) Officer Mecardo simply ordered him back to his cell even though Butler was already in the cell. (Radel Dep. at 187)*

18. Plaintiff has made Failure to Protect/Intervene claims against all Moving Defendants. See Exhibit "A."

    • *Admitted*.

19. However, Plaintiff has presented no objective evidence of any reasons for Moving Defendants to have known or suspected that the mutual fight that occurred on July 23, 2020 would happen. See Exhibit "B."

- *Denied.  Plaintiff had twice requested before Butler's vicious attack that he be removed from the same cell as Butler because he feared Butler's psychiatric conditions and violent tendencies.  Both requests were refused.  On June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating."  He concluded, "please move me asap."  No one responded to this request for ASAP action for almost one month.  On July 20, 2020, Lt. Carty, who responded a month later, denied the request.  (Exhibit A:  Kiosk Email)  Carty agreed that ASAP means as soon as possible.  However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request.  He simply presumed there was no continuing problem because the issue had not been raised again.  In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel.  (Exhibit B – Carty Deposition at 26-29)  Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him,  out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular. * * * [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was*

*watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism. And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. \* \* \* And I was like -- it was upsetting . . ."* (Exhibit C – Radel Deposition at   36-40)  *The second request to be removed from his cell because of fearing Mr. Butler occurred shortly before the vicious attack.  At lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo.  Plaintiff explained: "So I went up to him, and I said,  My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me.  He hit me in my chest, and I need help. I can't go back in that room."  Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler:  "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared.  \* \* \* Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at*

*57, 187)  Officer Mecardo simply ordered him back to his cell even though Butler was already in the cell.  (Radel Dep. at 187)*

20. Moving Defendant Carty was the only Defendant that responded to Plaintiff's J-Pay, and therefore, the remaining Moving Defendants were not even aware of Plaintiff's request to move cells. See Exhibit "B."

   *Admitted.*

21. Defendant Mercado did not respond to Plaintiff's J-Pay request. See Exhibit "B."

   *Admitted*.

22. Defendant Canion did not respond to Plaintiff's J-Pay request. See Exhibit "B."

   *Admitted.*

23. Defendant Swain did not respond to Plaintiff's J-Pay request. See Exhibit "B."

   *Admitted.*

24. Defendant Mercado did not receive Plaintiff's J-Pay request and was unaware of his request until after the lawsuit was filed. See Exhibit "B."

   *Admitted.*

25. Defendant Canion did not receive Plaintiff's J-Pay request and was unaware of his request until after the lawsuit was filed. See Exhibit "B."

   • *Admitted.*

26. Defendant Swain did not receive Plaintiff's J-Pay request and was unaware of his request until after the lawsuit was filed. See Exhibit "B."

   *Admitted.*

27. Defendant Carty did not have authority to move Plaintiff's cell. See Prison Handbook, attached hereto as Exhibit "E," page 13.

> *Admitted. However, Lt. Carty could and should have elevated Plaintiff's request for an ASAP cell transfer because of his fear of Butler to the attention of those who could make the cell change. However, he ignored the asap request and did nothing in response to it. (Exhibit B – Carty Deposition at 26-29)*

28. Defendant Mercado did not have authority to move Plaintiff's cell. See Exhibit "E," page 13.

> • *Admitted. However, upon learning that Butler had assaulted Plaintiff, he could have permitted Plaintiff to remain out of his cell until the Butler danger had been eliminated or taken some other action –short of permanently changing Plaintiff's cell – was taken to protect Plaintiff from the clearly reported danger.*

29. Defendant Canion did not have authority to move Plaintiff's cell. See Exhibit "E," page 13.

> • *Admitted*

30. Defendant Swain did not have authority to move Plaintiff's cell. See Exhibit "E," page 13.

> • *Admitted*

31. Cell assignments are made by prison administrators in order to satisfy the needs of the prison, and after consideration of numerous factors, particularly in times of global pandemic, such as COVID-19. See Exhibit "E," page 13.

> • *Plaintiff concedes that prison cell assignments are based on the consideration of numerous factors. However, the Constitution requires that one, and a very important, factor is the safety of the inmate. "The Farmer Court explained that the Eighth Amendment "imposes duties on [prison]*

*officials . . . must take reasonable measures to guarantee the safety of the*

*inmates." Farmer, 511 U.S. at 832 (internal quotation marks and citation*

*omitted). Acco\* \* \* "[B]eing violently assaulted in prison is simply not part*

*of the penalty that criminal offenders pay for their offenses against society."*

*Id. at 834 (internal quotation marks and citation omitted). Shorter v. United*

*States, 12 F.4th 366, 371-372 (3d Cir. 2021)*

**Prior to the July 23, 2020 Incident**

32. Plaintiff never requested protective custody prior to the incident or related to inmate
Butler.

- *Denied as stated.     Although  Plaintiff may not have specifically asked*
  *for "protective custody," he specifically asked not to be returned to the*
  *same cell as Butler, because of his fear of Butler who had just finished*
  *assaulting him.  At lunch, and before having to go back into his cell with*
  *Butler, Plaintiff spoke with Officer Mercardo.  Plaintiff explained:  "So*
  *I went up to him, and I said,  My bunkie has mental issues, and he's*
  *having an episode. He can't find a T-shirt. He's accusing me of taking*
  *it. He threw several punches at me.  He hit me in my chest, and I need*
  *help. I can't go back in that room."  Plaintiff explained his demeanor*
  *when begging Officer Mercardo to not return him to his cell with Butler:*
  *"I was very scared. I'm sure I was shaking when I went up to him. I was*
  *nervous about the whole thing. I was scared about having to go back into*
  *the cell with Butler. I was – I tried my best to -- I tried to avoid having to*
  *deal with the officers in any way. Like I minded  business, and it was*
  *kind of a last resort situation to go to the officers for help because I knew*
  *I ran the risk of being labeled a snitch and then having problems with*

*other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared.  \* \* \* Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at 57, 187)  Officer Mecardo simply ordered him back to his cell even though Butler was already in the cell.  (Radel Dep. at 187)*

33. Prior to the July 23, 2020 Incident, Sgt. Canion did not have any incidents where Corrections Officers brought inmate Butler to his attention. See Canion's deposition, attached hereto as Exhibit "G," page 10, line 11-14.

   • *Admitted*.

34. Prior to the July 23, 2020 Incident, Sgt. Canion would not have been able to identify inmate Butler. See Exhibit "G," page 10, lines 4-7.

   • *Admitted*.

35. Prior to the July 23, 2020 Incident, Sgt. Canion did not know that inmate Butler allegedly came from a prison psychiatric ward.  See Exhibit "G," page 11, lines 9-12.

   • *Admitted*.

36. Prior to July 23, 2020, Sgt. Canion did not know that Plaintiff had requested a cell change. See Exhibit "G," page 11-12, lines 21-10.

   • *Admitted*.

37. Prior to July 23, 2020, Sgt. Canion had no knowledge of Plaintiff being concerned about his safety as it related to inmate Butler. See Exhibit "G," page 11, lines 17-20.

   • *Admitted*.

38. Defendant Carty's only interaction with Plaintiff was responding to his J-pay requesting a housing change. See Lt. Carty's deposition transcript, attached hereto as Exhibit "H,"

pages 14-16, lines 17-1.

- *Admitted.  By way of further answer, on June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating."  He concluded, "please move me asap."  No one responded to this request for ASAP action for almost one month.  On July 20, 2020, Lt. Carty, who responded a month later, denied the request.  (Exhibit A:  Kiosk Email)  Carty agreed that ASAP means as soon as possible.  However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request.  He simply presumed there was no continuing problem because the issue had not been raised again.  In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel.  (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him,  out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit, sometimes at nobody in particular.  * * *  [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism.  And he jumped out of his bunk, and he said, Are*

*you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ."*

*(Exhibit C – Radel Deposition at 36-40)*

39. Lt. Carty's response to Plaintiff's J-pay declining to move his cell was because "if we moved every inmate that requested a housing move, we would do nothing but move inmates all day long, every single day." See Exhibit "H," page 26-27, lines 25-2.

- *Admitted. However, Plaintiff did make simply a routine request to move his cell. He asked to have his cell moved because of Butler's behavior that caused him to fear for his own safety. By way of further answer, on June 25, 2020, using an internal email Kiosk, Plaintiff requested that his cell be changed because Butler was "very paranoid," accusing Plaintiff several times of tampering or poisoning Butler's food, and Plaintiff's fear that Bulter's condition was "escalating." He concluded, "please move me asap." No one responded to this request for ASAP action for almost one month. On July 20, 2020, Lt. Carty, who responded a month later, denied the request. (Exhibit A: Kiosk Email) Carty agreed that ASAP means as soon as possible. However, Carty testified that he neither personally investigated Plaintiff's request nor delegated to anyone the duty to do so before rejecting Plaintiff's request. He simply presumed there was no continuing problem because the issue had not been raised again. In fact, Lt. Carty never brought Plaintiff's fear of Butler to any prison officials or personnel. (Exhibit B – Carty Deposition at 26-29) Had Lt. Carty bothered to investigate the reason that Plaintiff feared Butler, he would have learned, "He was very paranoid. You know, a lot of talk of unnamed people, you know, plotting against him, out to get him. * * * [H]e would just say like, you know, random remarks, like, I'm going to F him up, stuff like that. And it was usually -- sometimes it was directed at certain people on the unit,*

*sometimes at nobody in particular. * * * [H]e was agitated, and he was like getting in my face and, you know, getting loud and being like very aggressive. And both times I was able to calm him. and, you know, I tried to reason with him. * * * There actually was one time where . . . he was watching something on the news. This was actually like during the whole George Floyd thing, and there was a lot of stuff on the news about that. And he was like watching something, a news story, that was talking about like racism. And he jumped out of his bunk, and he said, Are you a racist, bunkie? And he came at me, stood over me like he was going to swing. He cocked his fist back. * * * And I was like -- it was upsetting . . ."* **(Exhibit C – Radel Deposition at  36-40)**

40. Prior to the July 23, 2020 Incident, Lt. Carty did not know that inmate Butler allegedly came from a prison psychiatric ward.  See Exhibit "H," page 31, lines 3-6.

   • *Admitted that Officer Mercardo so testified*

41. Prior to July 23, 2020, Officer Mercado never had negative interactions with inmate Butler. See Officer Mercado's deposition, attached hereto as Exhibit "I," page 13, lines 16-18.

   • *Admitted that Officer Mercardo so testified*.

42. Prior to July 23, 2020, Officer Mercado had never observed any mental health indicators from inmate Butler. See Exhibit "I," page 13-14, lines 21-2.

   • ***Admitted that Officer Mercardo so testified***

43. Prior to July 23, 2020, Officer Mercado was never spoken to about inmate Butler by another prisoner, nor other prison staff. See Exhibit "I," page 14, lines 15-25.

   • ***Admitted that Officer Mercardo so testified***

44. Prior to the July 23, 2020 Incident, Plaintiff never made Officer Mercado aware of any concerns related to inmate Butler. See Exhibit "I," page 17, lines 3-6.

   • ***Admitted. However, once Plaintiff expressed to Officer Mercado that he feared Butler and had been assaulted by Butler, Officer Mercado had a duty to protect Plaintiff. Instead, Officer Mercardo ordered Plaintiff to return to the cell where Butler, the inmate who had just assaulted Plaintiff and whom Plaintiff reported fearing, was located. Once returned to the cell, as Plaintiff feared and had reported to Officer Mercardo, Butler viciously attacked him.***

45. Prior to July 23, 2020, Plaintiff never spoke to Officer Mercado about any fears regarding inmate Butler. See Exhibit "I," page 17, lines 7-9.

   • ***Admitted. However, once Plaintiff expressed to Officer Mercado that he feared Butler and had been assaulted by Butler, Officer Mercado had a duty to protect Plaintiff. Instead, Officer Mercardo ordered Plaintiff to return to the cell where Butler, the inmate who had just assaulted Plaintiff and whom Plaintiff reported fearing, was located. Once returned to the cell, as Plaintiff feared and had reported to Officer Mercardo, Butler viciously attacked him.***

46. Prior to the July 23, 2020 incident, Officer Swain never had any conversations with Plaintiff. See Officer Swain's deposition transcript, attached hereto as Exhibit "J," page 28, lines 11-16.

- *Admitted*.

47. Prior to the July 23, 2020 incident, Officer Swain never had any conversations with inmate Butler See Exhibit "J," page 28, lines 21-23.

    - *Admitted*.

## July 23, 2020 Incident

48. Plaintiff and Codefendant Butler were involved in a physical altercation on July 23, 2020 in their cell during lunch. See Plaintiff's deposition transcript, attached hereto as Exhibit "D," page 72-73.

    - ***Admitted.  By way of further answer***, a*t lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo. Plaintiff explained:  "So I went up to him, and I said,  My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me.  He hit me in my chest, and I need help. I can't go back in that room."  Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler:  "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded  business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared.  * * * Plaintiff*

*specifically told Officer Mercardo, "He attacked me. I said, I need help."*

*(Radel Dep. at 57, 187)  Officer Mecardo simply ordered him back to his*

*cell even though Butler was already in the cell.  (Radel Dep. at 187)*

49. First, Codefendant Butler had accused Plaintiff of stealing his shirt and Plaintiff alleges that Butler struck him in the chest with his fist. See Exhibit "D," page 49, lines 1-2 and page 47, line 8.

- *Admitted.  By way of further answer*, a*t lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo. Plaintiff explained:  "So I went up to him, and I said,  My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me.  He hit me in my chest, and I need help. I can't go back in that room."  Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler:  "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded  business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared.  * * * Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at 57, 187)  Officer Mecardo simply ordered him back to his*

*cell even though Butler was already in the cell.  (Radel Dep. at 187)*

50. Plaintiff and Codefendant Butler then left their cell, retrieved their lunch trays and Butler returned to the cell to lock-in. See Exhibit "D," page 55, line 9.

- *Admitted.*

51. Plaintiff did not call for any officers or yell for help in this prior altercation. See Exhibit "D," page 61, lines 7-9.

- *Admitted.  By way of further answer, at lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo. Plaintiff explained:  "So I went up to him, and I said,  My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me.  He hit me in my chest, and I need help. I can't go back in that room."  Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler:  "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded  business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared.  * * * Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at 57, 187)  Officer Mecardo simply ordered him back to his cell even though Butler was already in the cell.  (Radel Dep. at 187)*

52. Plaintiff stopped to discuss Codefendant Butler with Moving Defendant Mercado on his way back to the cell. See Exhibit "D," page 56-57, lines 23-2.

> • *Admitted. By way of further answer, at lunch, and before having to go back into his cell with Butler, Plaintiff spoke with Officer Mercardo. Plaintiff explained: "So I went up to him, and I said, My bunkie has mental issues, and he's having an episode. He can't find a T-shirt. He's accusing me of taking it. He threw several punches at me. He hit me in my chest, and I need help. I can't go back in that room." Plaintiff explained his demeanor when begging Officer Mercardo to not return him to his cell with Butler: "I was very scared. I'm sure I was shaking when I went up to him. I was nervous about the whole thing. I was scared about having to go back into the cell with Butler. I was – I tried my best to -- I tried to avoid having to deal with the officers in any way. Like I minded business, and it was kind of a last resort situation to go to the officers for help because I knew I ran the risk of being labeled a snitch and then having problems with other people on the unit. And just in general, I didn't want that reputation. I didn't want to have that reputation, and, you know, I have to live with the people in the prison. So I was, you know, extremely nervous. I was scared. * * * Plaintiff specifically told Officer Mercardo, "He attacked me. I said, I need help." (Radel Dep. at 57, 187) Officer Mecardo simply ordered him back to his cell even though Butler was already in the cell. (Radel Dep. at 187)*

53. Plaintiff testified that he did not refuse to lock-in prior to the altercation. See Exhibit "D," page 52, lines 2-12.

*Admitted.  However, Plaintiff testified that he complied with the order to return to his cell because his failure to do so would result in discipline.  (Radel Dep. at 190) As Plaintiff explained:  "I never expected Mercardo to order me to lock in. I thought when I reported this to Mercardo, that he was going to do something about it. I never expected to be told to go back into the cell with the guy I just reported having assaulted me." (Id. at 67)*

54. A few minutes later, Moving Defendant Mercado heard a loud bang and when he looked up, saw blood on the cell window shared by Plaintiff and Codefendant Butler, as well as Plaintiff looking out the window. See the deposition of Defendant Mercado, attached hereto as Exhibit "I," page  37-38, lines 22-2

- *Admitted that this is Officer Mercardo's testimony.  However, the Butler assault on Plaintiff would have never occurred had Officer Mercardo properly responded to Plaintiff's report of fear and an earlier attack and permitted Plaintiff to not return to the cell where Butler was waiting to assault him or had Officer Mercardo taken some other measure to protect Plaintiff from the known danger.*

55. Plaintiff signaled to Moving Defendant Mercado, who then immediately called Code 33 and informed other staff that an emergency was underway. See Exhibit "D," page 99, lines 11-14.

- *Admitted in part,  As Plaintiff explained in more detail:  "Well, [Mercardo's] on the bottom floor. I'm on the top floor. So, at some point, I saw him. He was on the bottom, the ground level, and he was looking up. And I banged on the door, and I yelled help. And I put up my fist in the window to show that I was being attacked. In there, that's kind of like -- the officers, like they signal to each other if there's fight in progress. They put up their fist." (Radel Dep, at 96-97)  Plaintiff did not yell "because there wasn't anybody to yell to. He*

> *didn't come -- he didn't come until I was kicking the door, and he looked up*
>
> *to find out what the noise was." (Id. at 97)*

56. Calling a Code 33 triggers safety protocols and protective steps. See Exhibit "D," page 101, lines 17-18.

   - *Admitted.*

57. Defendant Mercado and other officers arrived in response to the Code 33 and ordered Plaintiff and Butler to the ground. See Exhibit "D," page 103-104, lines 23-3.

   - *Admitted.*

58. Plaintiff testified that the officers arrived at the door quickly after the Code 33 was called. See Exhibit "D," page 102, lines 18-19.

   *Admitted.*

59. Both Plaintiff and Butler initially complied, then Butler refused to comply with this command, leading to the deployment of OC spray. See Exhibit "D," page 107, lines 1-21.

   - *Admitted. However, the OC spray was indiscriminately sprayed without regard for the safety of Plaintiff who had already complied with the orders. As Plaintiff explained: "I could hear pepper spray, what I assumed was pepper spray. I could hear it being sprayed into the cell. I could feel liquid hitting me in the back of my head. I was still face down. And the cell started filling up with pepper spray. It was in the air, and it was getting hard to breathe. I couldn't see at that point."* **(Radel Dep. at 107)**

60. Plaintiff and Codefendant Butler were then removed from the cell one at a time and taken to medical. See Exhibit "D," page 114, lines 9-17.

   - *Admitted*.

**Tort Claim Notice**

61. Plaintiff did not file a Tort Claim Notice related to his claims in this case. See Plaintiff's

Answer to Interrogatories, attached hereto as Exhibit "F," number 17.

- ***Denied as stated. Plaintiff cannot locate a Tort Claim Notice.***

Respectfully submitted,

s/ Lawrence A. Katz, Esq.
LAWRENCE A. KATZ
Counsel for Plaintiff
BEOWULF BUILDING
1814 East Route 70 - Suite 321
Cherry Hill, NJ 08003
Phone: 856.652.2000  EXT 497
Fax: 856.375.1010
Email:  lakatz@lentolawgroup.com